■ THE PEOPLE OF THE STATE OF NEW YORK, The Respondent, v THOMAS DE MAIO, Appellant.—Judgment of the County Court, Suffolk County, rendered June 17, 1975, affirmed. No opinion. This case is remitted to the County Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Hopkins, Acting P. J., Latham, Margett and Hawkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TAYLOR DILLARD, Appellant.—Judgment of the County Court, Nassau County, rendered February 3, 1975, affirmed. No opinion. This case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Latham, Acting P. J., Margett, Damiani, Rabin and Hawkins, JJ., concur.